# UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN DIVISION

In re   Stephen M Privitera                             Case No.   1:21-bk-18235

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NWL Company, LLC | Waterfall Victoria Grantor Trust II, Series G |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Court Claim # (if known):   2-1
Amount of Claim:   $82,929.78
Date Claim Filed:   12/28/2021

Phone:   800-495-7166
Last Four Digits of Acct #   8103

Phone:   866-466-3360
Last Four Digits of Acct #6725

Name and Address where transferee payments should be sent (if different from above):
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Phone:   800-495-7166
Last Four Digits of Acct #:   8103

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Lindsey  Morales                             Date:   10/07/2022
      Authorized Agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

In Re:  
    Stephen M Privitera

Bankruptcy Case No.:    1:21-bk-18235

Chapter:    13

Judge:    Jerrold N. Poslusny, Jr.

## CERTIFICATE OF SERVICE

I, Lindsey Morales, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Stephen M Privitera  
2100 LAUREL LN, HAMMONTON, NJ 08037

Mark W Ford    (*served via ECF Notification*)  
P.O. BOX 110, 4 ½ NORTH BROADWAY, GLOUCESTER CITY, NJ 08030

Isabel C. Balboa, Trustee    (*served via ECF Notification*)  
CHERRY TREE CORPORATE CENTER, 535 ROUTE 38, SUITE 580, CHERRY HILL, NJ 08002

United States Trustee    (*served via ECF Notification*)  
ONE NEWARK CENTER, SUITE 2100, NEWARK, NJ 07102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    10/07/2022    By:    */s/Lindsey Morales*  
                (date)                     Lindsey Morales  
                                             Authorized Agent for Transferee