**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
NWL Company, LLC

CASE NO. 21-18235 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Stephen M. Privitera a/k/a Stephen Michael Privitera,
                  Debtor
Kristie L. Privitera,
                  Co-Debtor

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 6/30/2007

I, <u>Kimberly N. Wright</u>, employed as <u>Assistant Vice President, Bankruptcy</u> by FAY SERVICING, LLC, for NWL Company, LLC, hereby certifies the following information:

Recorded on <u>July 11, 2007</u> in <u>Atlantic</u> County, in Instrument Number 2007064846

Property Address: <u>2100 Laurel Lane, Borough Of Folsom NJ 08037.</u>

Mortgage Holder: <u>NWL Company, LLC</u>

Mortgagor(s)/ Debtor(s): <u>Stephen M. Privitera a/k/a Stephen Michael Privitera</u>

POST-PETITION PAYMENTS (Petition filed on October 22, 2021)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
| --- | --- | --- | --- | --- | --- |
| $1,894.19 | 11/01/2021 | 11/01/2021 | $2,236.00 | 11/02/2021 | $341.81 |
|  |  | To suspense | $2,366.00 | 11/08/2021 | $2,707.81 |
|  |  |  | ($2,366.00) Payment Reversal | 11/12/2021 | $341.81 |
| $1,894.19 | 12/01/2021 | 12/01/2021 | $2,236.00 | 11/29/2021 | $683.62 |
| $1,894.19 | 01/01/2022 | 01/01/2022 | $2,236.00 | 01/21/2022 | $1,025.43 |
| $1,894.19 | 02/01/2022 | 02/01/2022 | $2,236.00 | 02/24/2022 | $1,367.24 |
| $1,894.19 | 03/01/2022 | 03/01/2022 | $2,236.00 | 03/23/2022 | $1,709.05 |
| $1,894.19 | 04/01/2022 | 04/01/2022 | $2,236.00 | 04/27/2022 | $2,050.86 |
| $1,894.19 | 05/01/2022 | 05/01/2022 | From suspense | From suspense | $156.67 |
| $1,894.19 | 06/01/2022 | 06/01/2022 | $2,236.00 | 05/19/2022 | $498.48 |
|  |  | To suspense | $890.00 | 10/14/2022 | $1,388.48 |
| $1,894.19 | 07/01/2022 | 07/01/2022 | $889.00 | 11/22/2022 | $383.29 |
| $1,894.19 | 08/01/2022 |  |  |  |  |
| $1,894.19 | 09/01/2022 |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| $1,894.19 | 10/01/2022 | | | | |
| $1,894.19 | 11/01/2022 | | | | |
| **Total Due:** | **$24,624.47** | **Total Received:** | **$17,431.00** | **Arrears: $7,193.47** | **Suspense: $383.29** |

Continue on attached sheets if necessary.

Monthly payments past due: 4 mos. X $1,894.19
(Monthly payment-suspense)=$7,193.47 as of November 2022

Each current monthly payment is comprised of:
Effective as of November 1, 2021, the current monthly payment is comprised of:
  Principal:    $889.07
  Interest:     $_____
  R.E. Taxes:   $_____
  Insurance:    $_____
  Other:      $1,005.12  (Specify:escrow)
  TOTAL     $1,894.19

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
_____
_____

PRE-PETITION ARREARS: $94,320.47

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2022

*Kimberly N. Wright*
Signature