| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Stephen M. Privitera | Case Number:  21-18235<br><br>Judge:  JNP<br><br>Chapter:  13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
## x CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
## TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☐   Motion for Relief from the Automatic Stay filed

    By  NWL Company, LLC  .,

A hearing has been scheduled for December 27, 2022 at 11:00 am. .

OR

Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for

   ☐   Certification of Default filed by ,

I am requesting a hearing be scheduled on this matter.

OR

   ☐   Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

❑ I have been advised that my wife has been making payments and proof of the payments are being sent. We will make any other arrangements to get current in post-petition payments.

This certification is being made in an effort to resolve the issues raised by the creditor in its motion to lift the stay.

3. I certify under penalty of perjury that the foregoing is true and correct.

Date: 12/14/22    /s/Stephen Privitera

**Note:**

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**