UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
NWL Company, LLC

In Re:

Stephen Privatera,

Debtor.

Case No.: __21-18235-JNP__

Chapter: __13__

Hearing Date: __12/27/2022__

Judge: __Poslusny__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 2100 Laurel Lane, Folsom, NJ (Docket # 62)

_____

Date: 12/21/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*