| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**<br>Isabel C. Balboa, Esquire (IB 4082)<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002<br>(856) 663-5002 | |
| In Re:<br><br>**Stephen M. Privitera**<br><br>Debtor(s)' | Case No. 21-18235 (JNP)<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>**STIPULATION ADJUSTING TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $18,528.60 total receipts applied to plan, then $2,019 per month for the remaining forty-six (46) months, commencing January 1, 2023 for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on September 7, 2022 remain in effect.

_____                                 /s/ Isabel C. Balboa
Mark W. Ford, Esquire                                              Isabel C. Balboa
Attorney for Debtor                                                    Chapter 13 Standing Trustee

Dated:                                                                          Dated: 1/4/2023

Cherry Tree Corporate Center        Payments Only:
535 Route 38
Suite 580                                           P.O. Box 1978
Cherry Hill, NJ 08002                     Memphis, TN 38101-1978
(856) 663-5002