Rob Saltzman, Esquire
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 111675B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

In re:

　　Stephen M Privitera
　　aka Stephen Michael Privitera

　　Debtor

:    **CASE NO. 21-18235-JNP**

:    **CHAPTER 13**

:    **ENTRY OF APPEARANCE AND**
　　　**REQUEST FOR SERVICE**
:    **OF NOTICES, PLEADINGS, ETC.**

:

　　　　Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

| | |
|---|---|
| PLUESE, BECKER & SALTZMAN, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | AJX Mortgage Trust I, a Delaware Trust,<br>Wilmington Savings Fund Society, FSB, Trustee<br>c/o Gregory Funding LLC<br>PO Box 230579<br>Tigard, OR 97281 |

　/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
AJX Mortgage Trust I, a Delaware Trust,
Wilmington Savings Fund Society, FSB, Trustee

DATED: June 13, 2023