B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Stephen M Privitera
aka Stephen Michael Privitera

Case No. 21-18235-JNP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

AJX Mortgage Trust I, a Delaware Trust
Wilmington Savings Fund Society, FSB, Trustee

Name of Transferee

NWL Company, LLC

Name of Transferor

Name and Address where notices to transferee should be sent:

Gregory Funding LLC
PO Box 230579
Tigard, OR 97281

Phone: 866-712-5698
Last Four Digits of Acct #: 9741

Court Claim # (if known): 2-1

Amount of Claim: $366,709.91

Date Claim Filed: 12/28/2021

Phone: ______
Last Four Digits of Acct. #: 6725

Name and Address where transferee payments should be sent (if different from above):

Gregory Funding LLC
PO Box 742334
Los Angeles, CA 90074-2334

Phone : 866-712-5698
Last Four Digits of Acct #: 9741

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rob Saltzman
Transferee/Transferee's Agent

Date: June 13, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

GREGORY FUNDING
PO Box 230579
Tigard, OR 97281-0579

www.GregoryFunding.com
Contact: 866-712-5698
Fax: 866-712-5697

**Hours of Operation**
Monday - Friday
6:30am - 6:00pm Pacific Time

**Payment Address**
Gregory Funding
PO Box 742334
Los Angeles, CA 90074-2334

[redacted]
Kristie Privitera
Stephen Privitera
2100 Laurel Ln
Hammonton, NJ 08037

6/8/2023
Loan #: [redacted]
Property Address: 2100 Laurel Ln
Hammonton, NJ 08037

**NOTICE OF TRANSFER OF SERVICING**

Dear Kristie Privitera and Stephen Privitera:

We hope this letter finds you well. We'd like to take a minute to introduce ourselves. We're Gregory. We're writing you today to let you know that Gregory Funding is taking over the servicing of your mortgage. You'll find all the important information you need regarding this transfer in the Notice enclosed with this letter.

Gregory's goal is to make this transition as smooth as possible and establish a positive business relationship with you. We're all about making things uncomplicated. Please be assured that the terms of your loan have not changed.

We've dedicated ourselves to providing you with all the tools you'll need to manage your account -- starting with our website. We're confident that you'll find it to be intuitive and comprehensive so you can easily find answers to your questions and other valuable resources. Want to set up automatic payments or opt-in for paperless statements and documents? You'll find easy-to follow instructions at gregoryfunding.com.

## Visit our website and get started today!

[redacted]

SCAN ME

**OR**

**www.gregoryfunding.com/hello**

VISIT OUR WEBSITE

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

**NOTICE OF TRANSFER OF SERVICING RIGHTS**

This letter is to inform you that the servicing of your mortgage loan on 2100 Laurel Ln in Hammonton, NJ 08037 with an original principal balance of $305,000.00 has been transferred to Gregory Funding, effective 5/30/2023. This means that from and after 5/30/2023 Gregory Funding is responsible for collecting your mortgage loan payments from you.

The assignment, sale or transfer of a mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

If you have any questions about your mortgage loan or this transfer for either your prior servicer, Fay Servicing, LLC, or for us as your new servicer, please contact their  or our Customer Service Department using the information below:

| | |
|---|---|
| **Prior Servicer:**<br>Fay Servicing, LLC<br><br>1-800-495-7166<br>Monday- Thursday 8 a.m.-9 p.m., Friday 8:30 a.m.-5 p.m., and Saturday 10 a.m.- 4 p.m. CST<br>425 S. Financial Pl., Suite 2000<br>Chicago, Il 60605 | **New Servicer:**<br>Gregory Funding<br>Customer Service<br>Toll Free Number 866-712-5698<br>Monday – Friday 6:30 am to 6:00 pm Pacific Time<br>PO Box 230579<br>Tigard, OR 97281-0579<br>www.GregoryFunding.com |

The date that Gregory Funding will start accepting payments from you is 5/30/2023. Send all payments due on or after that date to the Gregory Funding address provided herein.

The date that Fay Servicing, LLC will stop accepting payments from you is 5/30/2023.

If you currently have your monthly payment automatically drafted or deducted from your bank account, please be advised that this service will discontinue at the time of transer. Please visit www.gregoryfunding.com/welcome to sign up on our website and enroll in automatic payments.

On or after 5/30/2023, you'll be able to enroll online to manage your Gregory Funding account at www.gregoryfunding.com/hello using your new Gregory loan number and the last four digits of your social security number. Setting up an online account with Gregory gives you access to the tools and resources that let you manage your loan payments and information easily. Among other things,  you can set up automatic payments and opt in for email statements. Until your automatic payments are established, please mail your payments as follows:

| | |
|---|---|
| If making a payment by check please make your mortgage loan payments payable to "Gregory Funding". Your loan number on your check and mail your payments to:<br>Gregory Funding<br>PO Box 742334<br>Los Angeles, CA 90074-2334 | For payments sent overnight, FedEx or UPS please make your payment payable to "Gregory Funding" and send it to the following address:<br>Gregory Funding<br>13190 SW 68th Parkway<br>Suite #200<br>Tigard, OR 97223 |

**Section 6 of the Real Estate Settlement Procedures Act (“RESPA”) (12 U.S.C. 2605)**

During the 60-day period beginning on the effective date of transfer of the servicing off any mortgage loan, if Fay Servicing, LLC (instead of Gregory Funding, the servicer that should properly receive your mortgage payments on the loan) receives your mortgage payment on or before the applicable due date adjusted for any grace period allowed under the mortgage loan documents, such payment may not be treated as late for any purpose.

Beginning on the effective date of transfer, upon receipt of any payments that should have directed to

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

[redacted]

Gregory Funding,Fay Servicing, LLC shall promptly either: (i) transfer the payment to Gregory Funding for application to your account, or (ii) return the payment you with a notification identifying the proper recipient of the payment.

**ERROR NOTICES AND INFORMATION REQUESTS:** If you think there is an error and would like to request information related to the servicing of your loan, Section 6 of RESPA gives you certain consumer rights. If you send a "qualifed written request" to your loan servicer concerning the servicing of your loan, the servicer generally must provide a written acknowledgement to you within five days (excluding legal public holidays, Saturdays, and Sundays) after receiving an error notice or information request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer. Qualifed written requests to Gregory Funding must be addressed to:

[redacted]

**Gregory Funding**
**Attn: Errors & Inquiries**
**PO Box 230668**
**Tigard, OR 97281-0668**

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

**HAZARD/FLOOD INSURANCE**: Please contact your homeowner’s insurance company to update the mortgagee clause with the information below. We must receive a copy of your policy (or a declaration page) which includes this new mortgagee clause language, summarizes limits, deductibles and current dates of coverage for your policy. The mortgagee clause information is as follows:

**Gregory Funding**
**ISAOA/ATIMA**
**P.O. Box 692402**
**San Antonio, TX 78269-2402**

Please provide proof of insurance via mail (at the address above) or fax it to us at 866-844-4130.

**OPTIONAL INSURANCE:** The transfer of servicing rights will affect the continued availability of mortgage life, disability, accidental death insurance or any other type of optional insurance in the following manner. If you currently have optional insurance, we will not continue to bill you for the same premium. Please contact your insurance carrier to make payment arrangements.

**THIRD-PARTY ENTITIES:** If you are currently making your mortgage payment through a third-party entity (e.g. government allotment, biweekly program, bill pay service), please take the necessary steps to advise them of the change of payee to Gregory Funding.

Welcome to Gregory Funding. We look forward to being of service to you!

Sincerely,

Gregory Funding
Customer Service Department
Enclosure: State-Specific Disclosures

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

NOTICE OF STATE – SPECIFIC DISCLOSURES

**Residents of Arkansas:** Gregory Funding LLC is licensed in Arkansas and complaints about Gregory Funding LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free (800) 981-4429.

**Residents of Colorado:** Gregory Funding LLC maintains an office at 1776 S. Jackson Street, #900, Denver, CO 80210-3808. The telephone number is (720) 370-6078.

**Residents of Hawaii:** Gregory Funding LLC is licensed by the Division of Financial Institutions for the State of Hawaii. A borrower may submit a complaint about Gregory Funding LLC to the Commissioner at the Division of Financial Institutions, Department of Commerce and Consumer Affairs, King Kalakaua Building, 335 Merchant Street, Rm. 221, Honolulu HI 96813

**Residents of Montana:** Gregory Funding LLC is licensed by the Division of Banking and Financial Institutions for the State of Montana. A borrower may file a complaint about Gregory Funding LLC with the Division of Banking and Financial Institutions at mailing address PO Box 200546, Helena MT 59620; at street address: 301 S. Park Ave, Suite 316, Helena, MT 59601; phone (406) 841-2920; fax (406) 841-2930.

**Residents of North Carolina:** Gregory Funding is licensed with the North Carolina Office of the Commissioner of Banks as Mortgage Servicer #S-154479. Our current Fees & Costs Schedule filed with the Commissioner of Banks, stating fees and costs that may be charged to your account as applicable, is enclosed with this Notice of Transfer of Servicing. If you have a complaint about our services, you may file your complaint with the North Carolina Office of the Commissioner of Banks' website, www.nccob.gov."

**NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419**
Gregory Funding LLC is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Gregory Funding LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Residents of Oregon:** The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 866-712-5698. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

GREGORY FUNDING
PO Box 230579
Tigard, OR 97281-0579

www.GregoryFunding.com
Contact: 866-712-5698
Fax: 866-712-5697

**Hours of Operation**
Monday - Friday
6:30am - 6:00pm Pacific Time

**Payment Address**
Gregory Funding
PO Box 742334
Los Angeles, CA 90074-2334

[redacted]
Kristie Privitera
Stephen Privitera
2100 Laurel Ln
Hammonton, NJ 08037

6/1/2023
Loan [redacted]
Property Address: 2100 Laurel Ln
Hammonton, NJ 08037

**Notice of Sale of Ownership of Mortgage Loan**

Dear Kristie Privitera and Stephen Privitera:

This Notice is to inform you that the prior owner of your Loan has sold your Loan (described below) to the new owner identified below on 5/5/2023.

**** NOTE: The loan servicer (not the owner) handles the ongoing administration of your loan. Please continue to send your mortgage payments to your loan servicer. DO NOT send payments to the owner. Misdirected payments may result in late charges on your loan and your account becoming past due.**

**LOAN INFORMATION**

Loan Number: [redacted]
Address of Mortgaged Property: 2100 Laurel Ln, Hammonton, NJ 08037
Date Your Loan was Transferred to the New Owner: 5/5/2023

**SERVICER INFORMATION**

Name: Gregory Funding
Payment Address: PO Box 742334, Los Angeles, CA 90074-2334
Correspondence Address: PO Box 230579 Tigard, OR 97281-0579
Telephone Number (Toll free): 866-712-5698
Website: www.GregoryFunding.com

Note - the servicer handles the ongoing administration of your loan. This includes receipt of legal notices, receipt and processing of payments, resolution of payment-related issues, and response to any other inquires you may have regarding your loan.

**NEW OWNER INFORMATION**

Name: AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee
Street Address (not used for payments): 13190 SW 68th Parkway, Suite 110, Tigard, OR 97223
Telephone Number: 877-712-0040

Note - direct all calls regarding the administration of your loan to your servicer.

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

The transfer of the lien associated with your loan is currently recorded, or in the future may be recorded, in the office of public land or the recorder of deeds office (e.g., the County Recorder's office) for the local jurisdiction where your property is located.

**Partial Payments**

Your lender (or servicer)

(1) May accept payments that are less than the full amount due (partial payments) and apply them to your loan.
(2) May hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
(3) May not accept any partial payments

If your loan is sold, your new lender (or servicer) may have a different policy.

If you have any questions, please contact us at 866-712-5698.

Sincerely,

Gregory Funding

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>ROB SALTZMAN, ESQUIRE<br>PLUESE, BECKER & SALTZMAN, LLC<br>Attorneys at Law<br>RS1765<br>20000 Horizon Way, Suite 900<br>Mount Laurel, NJ 08054<br>(856) 813-1700<br>Attorneys for the Mortgagee | Case No.: 21-18235-JNP<br>Chapter: 13 |
| In Re:<br>Stephen M Privitera<br>aka Stephen Michael Privitera | Adv. No.: ________<br>Hearing Date: ________<br>Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Katie Scott :

☐ represent ____________ in this matter.

☒ am the secretary/paralegal for Rob Saltzman, who represents the Mortgagee in this matter.

☐ am the ____________ in this case and am representing myself.

2. On June 13, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Transfer of Claim
Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 06/13/2023

/s/ Katie Scott
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eric J Clayman, Esq.<br>Clayman Law LLC<br>1814 East Route 70<br>Suite 350<br>Cherry Hill, NJ 08003 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark W Ford, Esq.<br>Law Office of Mark W. Ford, LLC<br>P.O. Box 110<br>4 1/2 North Broadway<br>Gloucester City, NJ 08030 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa, Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephen M Privitera aka<br>Stephen Michael Privitera<br>2100 Laurel Lane<br>Hammonton, NJ 08037 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |