**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 21-18235 (JNP)**

Monthly Payment: $2,019.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

Stephen M. Privitera
2100 Laurel Lane
Hammonton, NJ 08037

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2023 | $1,843.00 | 01/04/2023 | $126.00 | 02/06/2023 | $1,900.00 | 03/03/2023 | $2,019.00 |
| 03/31/2023 | $2,019.00 | 05/10/2023 | $2,019.00 | 06/08/2023 | $2,019.00 | 07/05/2023 | $2,019.00 |
| 08/04/2023 | $2,019.00 | 09/06/2023 | $2,019.00 | 10/10/2023 | $2,019.00 | 11/07/2023 | $2,019.00 |
| 12/08/2023 | $2,019.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEPHEN M. PRIVITERA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MARK W. FORD, ESQUIRE | 13 | $4,063.00 | $4,063.00 | $0.00 | $0.00 |
| 0 | STEPHEN M. PRIVITERA | 0 | $5,463.40 | $5,463.40 | $0.00 | $0.00 |
| 0 | ERIC J. CLAYMAN, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $0.75 | $0.24 | $0.51 | $0.16 |
| 2 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CASCADE FUNDING MORTGAGE TRUST | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CHASE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COMENITY/CAPITAL BANL/ GAMESTOP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | FINANCIAL RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | GOODYEAR TIRE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JPMCB CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JERSEY UROLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | KENNDY UNIVERSITY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | KENNEDY MEDICAL GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | KRISTIE PRIVITERA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LOURDES HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MORTON AND CRAIG LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | RANCOCAS ANESTHESIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SYNCB/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SYNCB/SYNCHRONY HOME | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SANTANDER CONSUMER USA, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SPECIALIZED LOAN SERVICING | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SPRINGLEAF FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | GREGORY FUNDING, LLC | 24 | $94,320.47 | $31,825.16 | $62,495.31 | $21,070.53 |
| 22 | TD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | THRIFT INVESTMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | MARK W FORD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,114.33 | $0.00 | $1,114.33 | $0.00 |
| 28 | FAY SERVICING, LLC | 13 | $538.00 | $538.00 | $0.00 | $538.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2021 | 13.00 | $0.00 |
| 12/01/2022 | 1.00 | $18,528.60 |
| 01/01/2023 | 46.00 | $2,019.00 |
| 11/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $24,059.00 |
| Total paid to creditors this period: | $21,608.69 |
| Undistributed Funds on Hand: | $1,825.18 |
| Arrearages: | $2,188.00 |
| Attorney: | ERIC J. CLAYMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**