**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 21-18235-JNP** |
| **Stephen M Privitera,** | **CHAPTER 13** |
| **aka Stephen Michael Privitera,** | |
| **Debtor.** | |

________________________________/

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br>Name of Transferee | AJX Mortgage Trust I, a Delaware Trust Wilmington Savings Fund Society, FSB, Trustee NWL Company, LLC<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019 | Court Claim # (if known): 2-1<br>Amount of Claim: $366,709.91<br>Date Claim Filed: 12/28/2021 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 8668 | Phone: 800-495-7166<br>Last Four Digits of Acct #: 8103 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 8668

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Christopher Salamone Date: 05/13/2024

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 14, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Stephen M Privitera
2100 Laurel Lane
Hammonton, NJ 08037

And via electronic mail to:

Eric J Clayman
Clayman Law LLC
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003

Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Long-Giang Nguyen

Email: petnguyen@raslg.com