Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 21−18235−JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen M Privitera
   aka Stephen Michael Privitera
   2100 Laurel Lane
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−0126

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 11/15/24 at 10:00 AM

to consider and act upon the following:

*80* − Certification in Opposition to Trustee's Certification of Default (related document:79 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 09/19/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Eric J Clayman on behalf of Stephen M Privitera. (Clayman, Eric)

Dated: 9/20/24

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court