Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−18235−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen M Privitera
   aka Stephen Michael Privitera
   2100 Laurel Lane
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−0126

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ
08101−2067

on 11/15/24 at 10:00 AM

to consider and act upon the following:

*80 −* Certification in Opposition to Trustee's Certification of Default (related document:79 Certification of Default of
Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline
is 09/19/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee
Andrew B Finberg) filed by Eric J Clayman on behalf of Stephen M Privitera. (Clayman, Eric)

Dated: 9/20/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 21-18235-JNP

Stephen M Privitera                                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen M Privitera, 2100 Laurel Lane, Hammonton, NJ 08037-2840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024                              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor NWL Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Stephen M Privitera Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor NWL Company  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |

District/off: 0312-1                          User: admin                                  Page 2 of 2

Date Rcvd: Sep 20, 2024                      Form ID: ntchrgbk                          Total Noticed: 1

Mark W Ford
    on behalf of Debtor Stephen M Privitera markfordlaw@juno.com
    reginaperfetti1@gmail.com,9716852420@filings.docketbird.com

Robert P. Saltzman
    on behalf of Creditor AJX Mortgage Trust I  a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee c/o Gregory
    Funding LLC dnj@pbslaw.org

Thomas W. Halm, Jr.
    on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G thomas.halm@offitkurman.com, bba@stevenslee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10