Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-18235 (JNP)**

Stephen M. Privitera
2100 Laurel Lane
Hammonton, NJ 08037

Monthly Payment: $2,100.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/13/2025 | $2,110.00 | 02/07/2025 | $2,110.00 | 03/31/2025 | $2,110.00 | 05/07/2025 | $2,110.00 |
| 06/06/2025 | $2,100.00 | 07/03/2025 | $2,110.00 | 08/07/2025 | $2,110.00 | 10/06/2025 | $2,100.00 |
| 11/04/2025 | $2,420.00 | 12/04/2025 | $2,440.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEPHEN M. PRIVITERA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MARK W. FORD, ESQUIRE | 13 | $4,063.00 | $4,063.00 | $0.00 | $0.00 |
| 0 | STEPHEN M. PRIVITERA | 0 | $5,463.40 | $5,463.40 | $0.00 | $0.00 |
| 0 | ERIC J. CLAYMAN, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $0.75 | $0.45 | $0.30 | $0.17 |
| 2 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CASCADE FUNDING MORTGAGE TRUST | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CHASE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COMENITY/CAPITAL BANL/ GAMESTOP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | FINANCIAL RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | GOODYEAR TIRE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JPMCB CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JERSEY UROLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | KENNDY UNIVERSITY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | KENNEDY MEDICAL GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | KRISTIE PRIVITERA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LOURDES HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MORTON AND CRAIG LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | RANCOCAS ANESTHESIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SYNCB/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SYNCB/SYNCHRONY HOME | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SANTANDER CONSUMER USA, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SPECIALIZED LOAN SERVICING | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SPRINGLEAF FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SELENE FINANCE, L.P. | 24 | $94,320.47 | $71,261.89 | $23,058.58 | $20,185.89 |
| 22 | TD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | THRIFT INVESTMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | MARK W FORD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,114.33 | $0.00 | $1,114.33 | $0.00 |
| 28 | FAY SERVICING, LLC | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2021 | 36.00 | $0.00 |
| 11/01/2024 | Paid to Date | $62,979.60 |
| 12/01/2024 | 23.00 | $2,100.00 |
| 11/01/2026 | Projected end of plan | |

Total payments received this period: $21,720.00

Total paid to creditors this period: $20,186.06

Undistributed Funds on Hand: $2,196.12

Arrearages: $3,470.00

Attorney: ERIC J. CLAYMAN, ESQUIRE

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**