UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Stephen M Privitera

Case No.: _____21-18235_____

Chapter: _____13_____

Judge: ____Judge Poslusny____

---

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

---

_____Stephen M Privitera_____, ____the Chapter 13 Debtor____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, US Bankruptcy Court 401 Market Street, 2nd Floor, Camden, NJ 08101. |

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____June 9, 2026_____ at 11:00am a.m. at the United States Bankruptcy Court, courtroom no. __4C__, ____400 Cooper Street, 4th Floor Camden, N.J. 08101____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| | |
|---|---|
| Nature of action: | Hernia Mesh Class Action Settlement. |

| | |
|---|---|
| Pertinent terms of settlement: | Gross Recovery:     $25,000.00 NET AMOUNT RECEIVED FROM COURT $17,595.00 Attorneys REDUCED to 25% - minus $1,750.00 $4,500.00 Costs     $1,454. DISTRIBUTION TO CLIENT FROM PROCEEDS   $12,428.55  (All Proceeds are exempt) |

Objections must be served on, and requests for additional information directed to:

Name: ____Eric J Clayman, Esquire /s/Eric J Clayman____

Address: ____1814 E. Route 70 Suite 350 Cherry Hill, NJ 08003____

Telephone No.: __856-777-5877__

*rev.8/1/15*