UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Stephen M Privitera

| | |
|---|---|
| Case No.: | 21-18235 |
| Chapter: | 13 |
| Judge: | JNP |

**NOTICE OF FAILURE TO FILE SUPPLEMENTAL
DOCUMENTS CONCERNING SCHEDULES**

TO: Eric J Clayman, Esq.

This will confirm that on _____ May 12, 2026 _____ the following document(s) was filed by you.

☒   Amendment to Schedule(s) A/B and C _____,

☐   Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒   Declaration About an Individual Debtor's Schedules (106 Declaration)

☒   An updated Summary of Your Assets and Liabilities and Certain Statistical Information
     (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐   Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐   An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
     [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: May 13, 2026                         Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 21-18235-JNP

Stephen M Privitera                                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

**Recip ID                     Recipient Name and Address**
db                      + Stephen M Privitera, 2100 Laurel Lane, Hammonton, NJ 08037-2840

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Eric J Clayman | on behalf of Debtor Stephen M Privitera Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor NWL Company  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Mark W Ford | on behalf of Debtor Stephen M Privitera markfordlaw@gmail.com  dsorbello@yahoo.com |

District/off: 0312-1

User: admin

Page 2 of 2

Date Rcvd: May 13, 2026

Form ID: pdf903

Total Noticed: 1

Matthew K. Fissel

on behalf of Creditor NWL Company  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Nathalie Rodriguez

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Robert P. Saltzman

on behalf of Creditor AJX Mortgage Trust I  a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee c/o Gregory Funding LLC dnj@pbslaw.org

Thomas W. Halm, Jr.

on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G thomas.halm@offitkurman.com, bba@stevenslee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11