UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Stephen M Privitera

Case No.: _____21-18235_____

Chapter: _____13_____

Judge: _____Judge Poslusny_____

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

_____Stephen M Privitera_____, _____the Chapter 13 Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, US Bankruptcy Court<br>401 Market Street, 2nd Floor,<br>Camden, NJ 08101. |

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____June 9, 2026_____ at 11:00am a.m. at the United States Bankruptcy Court, courtroom no. __4C__, _____400 Cooper Street, 4th Floor Camden, N.J. 08101_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| | |
|---|---|
| Nature of action: | Hernia Mesh Class Action Settlement. |

| | |
|---|---|
| Pertinent terms of settlement: | Gross Recovery:      $25,000.00<br>NET AMOUNT RECEIVED FROM COURT $17,595.00<br>Attorneys REDUCED to 25% - minus $1,750.00 $4,500.00<br>Costs      $1,454.<br>DISTRIBUTION TO CLIENT FROM PROCEEDS    $12,428.55<br>(All Proceeds are exempt) |

Objections must be served on, and requests for additional information directed to:

Name: _____Eric J Clayman, Esquire /s/Eric J Clayman_____

Address: _____1814 E. Route 70 Suite 350 Cherry Hill, NJ 08003_____

Telephone No.: _____856-777-5877_____

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:

Stephen M Privitera

    Debtor

Case No. 21-18235-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf905 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen M Privitera, 2100 Laurel Lane, Hammonton, NJ 08037-2840 |
| cr | + | AJX Mortgage Trust I, a Delaware Trust, Wilmington, PO Box 230579, Tigard, OR 97281-0579 |
| 519336254 | + | Cascade Funding Mortgage Trust, c.o Mccalla, Raymer, Leibert Pierce LLC, 1544 Old Alabama Road, Rosewell, GA 30076-2102 |
| 519336259 | + | Jersey Urology, 403 Bethel Road, Somers Point, NJ 08244-2108 |
| 519336262 | + | Kenndy University Hospital, 2201 W. Chapel Avenue, Cherry Hill, NJ 08002-2048 |
| 519336263 | + | Kennedy Medical Group, P.O. box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 519336264 | + | Kristie Privitera, 2100 Laurel Lane, Hammonton, NJ 08037-2840 |
| 519336265 | | Lourdes Health System, P.O. Box 822099, Philadelphia, PA 19182-2099 |
| 519336266 | + | Morton and Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057-3125 |
| 519336267 | +++ | Rancocas Anesthesiology, 700 US Route 130, #203, Cinnaminson, NJ 08077-3366 |
| 519336271 | + | State Bridge Co. LLC, 5680 Greenwood Plaza, Building #100, Englewood, CO 80111-2404 |
| 519336275 | | Thrift Investment, PO Box 538, Fords, NJ 08863-0538 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 13 2026 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 13 2026 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | May 13 2026 20:55:18 | Waterfall Victoria Grantor Trust II, Series G, c/o Statebridge Company LLC, 6061 S. Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |
| 519943827 | ^ | MEBN | May 13 2026 20:55:14 | AJX Mortgage Trust I, a Delaware Trust, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519943828 | ^ | MEBN | May 13 2026 20:55:15 | AJX Mortgage Trust I, a Delaware Trust, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, AJX Mortgage Trust I, a Delaware Trust, c/o Gregory Funding LLC 90074-2334 |
| 519344681 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 13 2026 21:10:24 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519352411 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 13 2026 21:10:24 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519336252 | + | Email/Text: ally@ebn.phinsolutions.com | May 13 2026 20:57:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 519336253 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0312-1                          User: admin                                    Page 2 of 3

Date Rcvd: May 13, 2026                        Form ID: pdf905                              Total Noticed: 38

| | | May 13 2026 21:10:07 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 519336255 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 13 2026 21:09:52 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 519336256 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2026 20:58:00 | Comenity/Capital Banl/ Gamestop, POBox 182120, Columbus, OH 43218-2120 |
| 519732159 | Email/Text: ECF@fayservicing.com | May 13 2026 20:57:00 | NWL Company, LLC, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519732160 | Email/Text: ECF@fayservicing.com | May 13 2026 20:57:00 | NWL Company, LLC, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, NWL Company, LLC |
| 519336257 | ^ MEBN | May 13 2026 20:55:11 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 519336258 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2026 21:10:32 | Goodyear Tire, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 519336261 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 13 2026 21:10:06 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 519476966 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2026 21:10:15 | Portfolio Recovery Associates, LLC, c/o Aspire, POB 41067, Norfolk VA 23541 |
| 519336269 | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 13 2026 20:57:00 | Specialized Loan Servicing, PO Box 266005, Littleton, CO 80163 |
| 519336270 | Email/PDF: cbp@omf.com | May 13 2026 21:10:04 | Springleaf Financial Services, 601 NW 2nd Street, Evansville, IN 47708 |
| 519336272 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:09:51 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519336273 | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:10:19 | SYNCB/Synchrony Home, PO Box 965036, Orlando, FL 32896-5036 |
| 519336268 | + Email/Text: enotifications@santanderconsumerusa.com | May 13 2026 20:58:00 | Santander Consumer USA, 8585 N. Stemmons Hwy, Ste. 10000, Dallas, TX 75247-3836 |
| 519336274 | Email/Text: bankruptcy@td.com | May 13 2026 20:58:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |
| 520255329 | + Email/Text: bkteam@selenefinance.com | May 13 2026 20:57:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association, Selene Finance LP 75019-6295 |
| 520255328 | + Email/Text: bkteam@selenefinance.com | May 13 2026 20:57:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519472775 | ^ MEBN | May 13 2026 20:55:18 | Waterfall Victoria Grantor Trust II, Series G, c/o Statebridge Company, LLC, 6061 South Willow Drive, Suite 300, Englewood, CO 80111-5151 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason  Name and Address**
519336260      *+              Jersey Urology, 403 Bethel Road, Somers Point, NJ 08244-2108

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-1                                    User: admin                                    Page 3 of 3

Date Rcvd: May 13, 2026                              Form ID: pdf905                              Total Noticed: 38

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Eric J Clayman | on behalf of Debtor Stephen M Privitera Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor NWL Company  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Mark W Ford | on behalf of Debtor Stephen M Privitera markfordlaw@gmail.com  dsorbello@yahoo.com |
| Matthew K. Fissel | on behalf of Creditor NWL Company  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| Robert P. Saltzman | on behalf of Creditor AJX Mortgage Trust I  a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Thomas W. Halm, Jr. | on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G thomas.halm@offitkurman.com, bba@stevenslee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11